**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Suzette McInnis, on behalf of herself and a   Civ. No. 11-2196 (SRN/JJK)
class of all those similarly situated,

      Plaintiff,

v.

Ecolab Inc., Ecolab Savings Plan and ESOP,
and Other Plan Fiduciaries County,   **ORDER**

      Defendants.

Jamie S. Franklin, Esq., The Franklin Law firm LLC, and Siegel Brill PA, counsel for Plaintiff.

David Haase, Esq., Deidre A. Grossman, Esq., Holly M. Robbins, Esq., Andrew J. Voss, Esq., and Shirley O. Lerner, Esq., Littler Mendelson PC, counsel for Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 17, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Judgment will be entered dismissing this case after the parties have effectuated the settlement terms and have filed a joint stipulation of dismissal.

Date: March 15, 2012                          s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge